# Court of Appeals
# of the State of Georgia

ATLANTA, ___May 18, 2016___

*The Court of Appeals hereby passes the following order:*

**A16A1464. JEREMY STORR v. BONNIE SAWYER**

On December 14, 2015, the trial court entered a final order granting Bonnie Sawyer's motion for summary judgment. On January 20, 2016, Jeremy Storr filed a notice of appeal from this order. We lack jurisdiction. Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days of entry of the order on appeal. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Storr filed his notice of appeal 37 days after entry of the order. Consequently, Storr's appeal is untimely and is hereby DISMISSED for lack of jurisdiction



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___* 05/18/2016 ___
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk.*